UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>Stephen J. Gattuso,<br>    Debtor | : <br><br>: | Chapter 7 <br><br> Case No. 17-bk-03405-JJT |
| | : | Adv. No. 17-ap-00178-JJT |
| Brenda Lomsky,<br>    Plaintiff | : | |
| v. | : | Complaint to Determine<br>Dischargeability |
| Stephen J. Gattuso,<br>    Defendant | : <br><br> : | |

**ORDER APPROVING STIPULATION AND ENTRY OF JUDGMENT**

Upon consideration of the Stipulation in Settlement of Adversary Case signed and filed by the Parties in this case,

**IT IS ORDERED** that Plaintiff's claim to receive 55% of Debtor/Defendant's AT&T retirement pension is hereby nondischargeable in accordance with 11 U.S.C. Section 523(a)(5);

**IT IS FURTHER ORDERED** that Debtor/Defendant's obligation to pay 80% of the Internal Revenue Service tax obligation, as described in the Stipulation, is hereby nondischargeable in accordance with 11 U.S.C. Section 523(a)(15).

Dated: May 16, 2018

By the Court,

_____
John J. Thomas, Bankruptcy Judge (RPR)